UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Douglas Neuhard Reinholtz | § | CASE NO. 16-03901 |
| | § | HON. Scott W Dales |
| Debtor(s) | § | 7/27/2016 |
| | § | |

**APPLICATION FOR ADDITIONAL ATTORNEY FEES**
**AND/OR RECOVERY OF COSTS ADVANCED**

Application is hereby made by the undersigned for allowance of reasonable attorney fees and expenses of $1,013.50 to be paid from the monies paid in by, or on behalf of the Debtor under the provision of Debtors' Chapter 13 estate. Services rendered for Debtor for which said compensation has been promised are as follows:

**See Attached Statements**

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than members or regular associates of the law firm with which the undersigned is associated. This is the second application for compensation and reimbursement of expenses. The total fees requested in this application are $987.50; the total costs advanced requested are $26.00. The fees requested and approved in this matter to date are as follows:

| Fees Requested | Fees Awarded | Date of Order |
|---|---|---|
| $3,650.00 | $3,650.00 | 11/14/2016 |
| $2,962.80 | $2,962.80 | 7/31/2019 |

Approved fees and expenses remain unpaid in the amount of $ 0.00 .
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant prays for approval of attorney fees and costs advanced in the sum of $1,013.50, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated:  7/31/2020                                              /s/
                                                                                  Jeffrey D. Mapes (P70509)
                                                                                  Law Offices of Jeffrey D. Mapes PLC
                                                                                  Attorney for Debtors
                                                                                  29 Pearl St NW Suite 305
                                                                                  Grand Rapids, MI 49503
                                                                                  (616) 719-3847

SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Douglas Neuhard Reinholtz** | § | **CASE NO. 16-03901** |
| | § | **HON. Scott W Dales** |
| **Debtor(s)** | § | **7/27/2016** |
| | § | |

Fees & Expenses Previously Requested:   $6,612.80
Fees & Expenses Previously Awarded:    $6,612.80


NAME OF APPLICANT:      Jeffrey D. Mapes, PLC
ROLE IN THIS CASE:        Attorney for Debtors

CURRENT APPLICATION:   Fees Requested:       $987.50
                         Expenses Requested:  $ 26.00

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| <u>Attorneys:</u> | | | |
| Jeffrey D. Mapes | 3.5 | $275.00 | $962.50 |
| <u>Paraprofessionals:</u> | 0.2 | $125.00 | $25.00 |

Kimberly L. Kolbe (klk); Kelsea Richmond (kr); Jeffrey A. Radike (jar); Kelsey A. Mackie (kam); Keaton F. Kolbe (kfk); Kendra L. VanDyke (klv).

TOTAL HOURS BILLED:   3.5
(Excluding Paraprofessionals)