UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Douglas Neuhard Reinholtz** | § | CASE NO. 16-03901 |
| | § | HON. Scott W Dales |
| Debtor(s) | § | 7/27/2016 |
| | § | |

## APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is hereby made by the undersigned for allowance of reasonable attorney fees and expenses of $1,054.93 to be paid from the monies paid in by, or on behalf of the Debtor under the provision of Debtors' Chapter 13 estate. Services rendered for Debtor for which said compensation has been promised are as follows:

**See Attached Statements**

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than members or regular associates of the law firm with which the undersigned is associated. This is the third application for compensation and reimbursement of expenses. The total fees requested in this application are $1,027.00; the total costs advanced requested are $27.93. The fees requested and approved in this matter to date are as follows:

| Fees Requested | Fees Awarded | Date of Order |
|---|---|---|
| $3,650.00 | $3,650.00 | 11/14/2016 |
| $2,962.80 | $2,962.80 | 7/31/2019 |
| $1,013.50 | $1,013.50 | 8/31/2020 |

Approved fees and expenses remain unpaid in the amount of $ 0.00 .
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant prays for approval of attorney fees and costs advanced in the sum of $1,054.93, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated: 10/25/2021                                 /s/
                                                  Jeffrey D. Mapes (P70509)
                                                  Law Offices of Jeffrey D. Mapes PLC
                                                  Attorney for Debtors
                                                  29 Pearl St NW Suite 305
                                                  Grand Rapids, MI 49503
                                                  (616) 719-3847

## SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Douglas Neuhard Reinholtz** | § | CASE NO. 16-03901 |
| | § | HON. Scott W Dales |
| Debtor(s) | § | 7/27/2016 |
| | § | |

Fees & Expenses Previously Requested:   $7,626.30
Fees & Expenses Previously Awarded:    $7,626.30

NAME OF APPLICANT:    Jeffrey D. Mapes, PLC
ROLE IN THIS CASE:    Attorney for Debtors

CURRENT APPLICATION:   Fees Requested:    $1,027.00
                       Expenses Requested: $27.93

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| Attorneys: | | | |
| Jeffrey D. Mapes | 2.30 | $275.00 | $632.50 |
| George J. George | 0.60 | $220.00 | $132.00 |
| | | | |
| Paraprofessionals: | 2.10 | $125.00 | $262.50 |

Kimberly L. Kolbe (klk); Kelsea Richmond (kr); Jeffrey A. Radike (jar); Kelsey A. Mackie (kam); Keaton F. Kolbe (kfk); Kendra L. VanDyke (klv).

TOTAL HOURS BILLED:   2.90
(Excluding Paraprofessionals)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:                                  §
                                        §
**Douglas Neuhard Reinholtz**           §     CASE NO. 16-03901
                                        §     HON. Scott W Dales
   Debtor(s)                            §
                                        §

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 AND NOTICE OF RIGHT TO OBJECT**

Notice is hereby given that the following professional persons have made application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| **Professional** | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
|---|---|---|---|
| Jeffrey D. Mapes, PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503 | $1,027.00 | $27.93 | $7,626.30 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan. Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
(X) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by ___ months, for a total of ___ months.
( ) Other: _____

PLEASE NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) or (202 West Washington Street, 3rd Floor, Marquette, MI 49855) Monday - Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

 Any Objection must be timely filed with: U.S. Bankruptcy Court WDMI, One Division Ave. NW, Rm. 200 Grand Rapids, MI 49503 A copy of any objection must also be served upon Jeffrey D. Mapes PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503.

Date Notice Served: 10/25/2021        __/s/_____
                                       Jeffrey D. Mapes, Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE: §
§
**Douglas Neuhard Reinholtz** § **CASE NO. 16-03901**
§ **HON. Scott W Dales**
Debtor(s) § **FILED: 7/27/2016**
§

**ORDER APPROVING APPLICATION FOR ADDITIONAL ATTORNEY**
**FEES AND/OR RECOVERY OF COSTS ADVANCED**

Present: **HON. Scott W Dales**
Bankruptcy Judge

This matter having come before the Court upon the Application for Additional Attorney Fees and/or Recovery of Costs Advanced, by Law Offices of Jeffrey D. Mapes, PLC, Debtor's attorney; Notice to Creditors and Other Parties of Interest having been served upon all interested parties on or about  10/25/2021 ; no written objections to said Notice having been filed, and the Court being otherwise fully advised in the premises from which entry of an order appears proper, NOW, THEREFORE,

IT IS HEREBY ORDERED that the Application for Additional Attorney Fees and/or Recovery of Costs Advanced in this case be allowed as stated in the amount of $1,054.93. Fees requested and approved in this matter to date are as follows:

| Fees Requested | Fees Awarded | Date of Order |
|---|---|---|
| $3,650.00 | $3,650.00 | 11/14/2016 |
| $2,962.80 | $2,962.80 | 7/31/2019 |
| $1,013.50 | $1,013.50 | 8/31/2020 |

Leaving a balance of $1,054.93 in additional fees to be paid by the Trustee through the Chapter 13 Plan.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Debtors: 5304 Burgis Ave. Se, Kentwood MI 49508; Chapter 13 Trustee, 99 Monroe Ave. NW, Ste. 601, Grand Rapids MI 49503; U.S. Trustee, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503; and, Law Offices of Jeffrey D. Mapes PLC, attorney for Debtors, 29 Pearl St NW, Suite 305, Grand Rapids MI 49503.

END ORDER.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Douglas Neuhard Reinholtz** | § | **CASE NO. 16-03901** |
| | § | **HON. Scott W Dales** |
| Debtor(s) | § | |
| | § | |

# CERTIFICATE OF SERVICE

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 10/25/2021      /s/
           Jeffrey D. Mapes
           Mapes Law Offices
           29 Pearl Street NW, Suite 305
           Grand Rapids, MI 49503