UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **Douglas Neuhard Reinholtz** | § § | **CASE NO. 16-03901** |
| | § | **HON. Scott W Dales** |
| Debtor(s) | § § | |

## CERTIFICATE OF SERVICE

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 10/25/2021        /s/
                          Jeffrey D. Mapes
                          Mapes Law Offices
                          29 Pearl Street NW, Suite 305
                          Grand Rapids, MI 49503